THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO.:12-00011-CG-N |
| | * | |
| $107,000.00, more or less, in U.S. Currency, | * | |
| | * | |
| Defendant. | * | |

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

COMES NOW the United States of America, by and through Kenyen R. Brown,

United States Attorney for the Southern District of Alabama, and Alex F. Lankford, IV,

Assistant United States Attorney, and brings this verified complaint for civil forfeiture in

rem with the following allegations:

## NATURE OF THE ACTION

1.      This is a civil action for forfeiture in rem brought against the defendant,

$107,000.00, more or less, in U.S. Currency, to enforce 31 U.S.C. §5317(c)(2), which

subjects to civil forfeiture any property involved in a violation of 31 U.S.C. §5313 and

§5324(a)(1) and/or (a)(3), or a conspiracy to commit such violations.

## JURISDICTION AND VENUE

2.      This Court has jurisdiction over an action commenced by the United States

pursuant to Title 28, United States Code, Section 1345, and over an action for forfeiture

in rem under Title 28, United States Code, Section 1355(a).

3.      Venue is proper in this district pursuant to Title 28, United States Code,

Sections 1355(b)(1)(A), and 1395(a) and (b), as the acts giving rise to the forfeiture

occurred in this district.

4.      The defendant, $107,000.00, more or less, in U.S. Currency, is in the custody, control and possession of the United States Secret Service (USSS), having been seized pursuant to a seizure warrant issued by this Court pursuant to Title 18, United States Code, Section 981(b).

## THE DEFENDANT IN REM

5.      The defendant in rem is $107,000.00, more or less, in U.S. Currency.

## SUPPORTING FACTS

### I. Currency Transaction Report

6.      A Currency Transaction Report ("CTR") is a United States Treasury report/form domestic financial institutions use to report certain transactions in currency, namely, cash in or cash out, which involves a transaction in currency of more than $10,000.[1]

7.      Law enforcement agencies use CTRs to uncover a wide variety of illegal activities such as narcotics trafficking, money laundering, tax evasion and other crimes committed by those who wish to avoid being connected with large cash transactions by law enforcement.  Many such individuals are aware of such reporting requirements and take steps to cause financial institutions to fail to file CTRs, in violation of Title 31 U.S.C. §§ 5313, 5324(a)(1) and/or (a)(3) and 31 C. F. R. Chapter X §1010.311.  One such

---

[1] Title 31, United States Code, Section 5313, 31 C.F.R. Chapter X §§1010.311, 1010.312 and 1010.306(a)(1) of the Bank Secrecy Act (BSA).

step is "structuring" transactions to evade the bank's reporting requirement.  Structuring transactions in an attempt to evade a bank's filing of a CTR is a crime regardless of a person's motivation for structuring.

8.      "... [A] person structures a transaction if that person, acting alone, or in conjunction with, or on behalf of, other persons, conducts or attempts to conduct one or more transactions in currency, in any amount, at one or more financial institutions, on one or more days, in any manner, for the purpose of evading the reporting requirements..." 31 C.F.R. Chapter X §1010.100 (xx)  "In any manner" includes, but is not limited to, the breaking down of a single sum of currency exceeding $10,000 into smaller sums, including sums at or below $10,000, or the conduct of a transaction, or series of currency transactions, including transactions at or below $10,000.  The transaction or transactions need not exceed the $10,000 reporting threshold at any single financial institution on any single day in order to constitute structuring within the meaning of this definition." 31 C.F.R. Chapter X  §1010.100(xx).  A "transaction in currency" means a "transaction involving the physical transfer of currency from one person to another."

9.      Structuring or assisting in structuring, or attempting to structure or assist in structuring, any transaction with one or more domestic financial institutions, is a felony, under Section5324(a)(3).

10.      It is also a felony under Section 5324 (a)(1) to cause or attempt to cause a financial institution to fail to file a CTR.  These regulations also require that for purposes of triggering a bank's obligation to file a CTR it treat multiple transactions as a single one

if it has knowledge that they are conducted by, or on behalf of, the same person, and they result in either currency received or disbursed by the financial institution totaling more than $10,000 during any one business day.  In other words, if a bank knows that a person has in one business day made more than one deposit or withdrawal, by or on behalf of the same person, it is required to add the amounts of those transactions together, i.e., aggregate them, as if they were a single transaction, for purposes of reporting the transactions.  If those transactions total more than $10,000.00, then a bank is obligated to file a CTR.  31 C.F.R. Chapter X §1010.313(b).

## II. Structuring of $1,366,250.00 in Cash Deposits on behalf of Maldi Ma, Inc.

12.     Your declarant reviewed records maintained by Century Bank, regarding the business  account ending in 0581 of Maldi Ma, Inc. dba Palmer's Quick Stop store ("Maldi Ma, Inc.") for the period of October 2010 through May 2011.  Vijaykuma R. Patel and Minaben A. Patel, are the signers on the account. Vijay Patel of Mobile, Alabama is the President of Maldi Ma, Inc. and Kirit Patel of Maple Shade, New Jersey is its Secretary, according to Maldi Ma, Inc.'s 2011 Annual Report filed with the Alabama Secretary of State.

13.     According to your declarant's review of Century Bank records for the referenced account, between October 12, 2010 and May 24, 2011, there were a total of 125 cash deposits. The total amount of the 125 cash deposits was $1,494,250.00.  (shown below in table).  All of the 125 cash deposits except for one were below $10,000.00. Eighty one of the 125 cash deposits (64.8%) were in the amount of $9,000.00.

4

Vijaykuma Patel, of Maldi Ma, Inc., made most of the deposits.  As indicated below, the cash deposits were one after another at the same branch, a clear indication that the depositor had a single sum of currency totaling more than $10,000.00 to deposit but, in advance, broke apart that single sum of currency into two or more separate deposits, each below $10,000.00, and physically transferred the currency to the tellers as separate deposits into the same account.  **The consecutive day deposits to the account are highlighted and totaled in bold.  The single deposits in the table in light gray font are not included in the total sought to be seized but same are consistent with the structuring pattern of not exceeding $10,000.00 cash deposits.**

| Day | Date | Time | Branch | Amount |
|---|---|---|---|---|
| **Tuesday** | **10/12/2010** | **12:33 PM** | **Tillman's Corner** | **$9,000.00** |
| **Tuesday** | **10/12/2010** | **12:34 PM** | **Tillman's Corner** | **$9,000.00** |
| **Tuesday** | **10/12/2010** | **12:35 PM** | **Tillman's Corner** | **$9,000.00** |
| | | | | **$27,000.00** |
| **Friday** | **10/15/2010** | **11:54 AM** | **Tillman's Corner** | **$5,000.00** |
| **Friday** | **10/15/2010** | **11:57 AM** | **Tillman's Corner** | **$9,000.00** |
| | | | | **$14,000.00** |
| **Monday** | **10/18/2010** | **10:54 AM** | **Tillman's Corner** | **$9,000.00** |
| **Monday** | **10/18/2010** | **10:54 AM** | **Tillman's Corner** | **$8,000.00** |
| | | | | **$17,000.00** |
| *Thursday* | *10/21/2010* | *1:58 PM* | *Grand Bay* | *$9,000.00* |
| *Friday* | *10/22/2010* | *11:33 AM* | *undetermined* | *$6,000.00* |

| | | | | |
|---|---|---|---|---|
| Monday | 10/25/2010 | 11:53 AM | Tillman's Corner | $8,000.00 |
| Monday | 10/25/2010 | 11:55 AM | Tillman's Corner | $9,000.00 |
| | | | | $17,000.00 |
| Wednesday | 10/27/2010 | 11:53 AM | Tillman's Corner | $9,000.00 |
| Wednesday | 10/27/2010 | 11:53 AM | Tillman's Corner | $9,000.00 |
| | | | | $18,000.00 |
| *Friday* | *10/29/2010* | *10:27 AM* | *Tillman's Corner* | *$9,000.00* |
| Monday | 11/1/2010 | 11:40 AM | Tillman's Corner | $6,000.00 |
| Monday | 11/1/2010 | 11:41 AM | Tillman's Corner | $9,000.00 |
| | | | | $15,000.00 |
| Wednesday | 11/3/2010 | 12:07 PM | Tillman's Corner | $3,000.00 |
| Wednesday | 11/3/2010 | 12:08 PM | Tillman's Corner | $9,000.00 |
| | | | | $12,000.00 |
| *Friday* | *11/5/2010* | *1:19 PM* | *Tillman's Corner* | *$7,500.00* |
| Monday | 11/8/2010 | 10:08 AM | Tillman's Corner | $9,000.00 |
| Monday | 11/8/2010 | 10:09 AM | Tillman's Corner | $9,000.00 |
| | | | | $18,000.00 |
| Wednesday | 11/10/2010 | 11:12 AM | Tillman's Corner | $5,000.00 |
| Wednesday | 11/10/2010 | 11:13 AM | Tillman's Corner | $9,000.00 |
| | | | | $14,000.00 |
| Friday | 11/12/2010 | 11:30 AM | Tillman's Corner | $9,000.00 |
| Friday | 11/12/2010 | 11:31 AM | Tillman's Corner | $6,400.00 |
| | | | | $15,400.00 |
| Monday | 11/15/2010 | 12:44 PM | Tillman's Corner | $8,000.00 |
| Monday | 11/15/2010 | 12:45 PM | Tillman's Corner | $9,000.00 |
| | | | | $17,000.00 |

| | | | | |
|---|---|---|---|---|
| **Thursday** | **11/18/2010** | **11:40 AM** | **Tillman's Corner** | **$9,000.00** |
| **Thursday** | **11/18/2010** | **11:42 AM** | **Tillman's Corner** | **$9,000.00** |
| | | | | **$18,000.00** |
| **Monday** | **11/22/2010** | **12:14 PM** | **Tillman's Corner** | **$9,000.00** |
| **Monday** | **11/22/2010** | **12:14 PM** | **Tillman's Corner** | **$9,000.00** |
| | | | | **$18,000.00** |
| **Wednesday** | **11/24/2010** | **11:20 AM** | **Tillman's Corner** | **$9,000.00** |
| **Wednesday** | **11/24/2010** | **11:21 AM** | **Tillman's Corner** | **$4,500.00** |
| | | | | **$13,500.00** |
| *Friday* | *11/26/2010* | *10:42 AM* | *Tillman's Corner* | *$9,000.00* |
| **Monday** | **11/29/2010** | **11:37 AM** | **Tillman's Corner** | **$9,000.00** |
| **Monday** | **11/29/2010** | **11:38 AM** | **Tillman's Corner** | **$7,900.00** |
| | | | | **$16,900.00** |
| *Wednesday* | *12/1/2010* | *9:04 AM* | *Tillman's Corner* | *$9,000.00* |
| *Friday* | *12/3/2010* | *11:26 AM* | *Tillman's Corner* | *$9,000.00* |
| **Monday** | **12/6/2010** | **11:35 AM** | **Tillman's Corner** | **$9,000.00** |
| **Monday** | **12/6/2010** | **11:35 AM** | **Tillman's Corner** | **$9,000.00** |
| | | | | **$18,000.00** |
| **Wednesday** | **12/8/2010** | **11:56 AM** | **Tillman's Corner** | **$9,000.00** |
| **Wednesday** | **12/8/2010** | **11:57 AM** | **Tillman's Corner** | **$4,000.00** |
| | | | | **$13,000.00** |
| **Friday** | **12/10/2010** | **11:31 AM** | **Tillman's Corner** | **$9,000.00** |
| **Friday** | **12/10/2010** | **11:32 AM** | **Tillman's Corner** | **$9,000.00** |
| **Friday** | **12/10/2010** | **11:33 AM** | **Tillman's Corner** | **$5,700.00** |
| | | | | **$23,700.00** |

| | | | | |
|---|---|---|---|---|
| Monday | 12/13/2010 | 11:43 AM | Tillman's Corner | $9,000.00 |
| Monday | 12/13/2010 | 11:44 AM | Tillman's Corner | $9,000.00 |
| Monday | 12/13/2010 | 11:44 AM | Tillman's Corner | $8,000.00 |
| Monday | 12/13/2010 | 11:45 AM | Tillman's Corner | $4,000.00 |
| | | | | $30,000.00 |
| *Friday* | *12/17/2010* | *12:10 PM* | *Tillman's Corner* | *$9,000.00* |
| Monday | 12/20/2010 | 10:42 AM | Tillman's Corner | $9,000.00 |
| Monday | 12/20/2010 | 10:43 AM | Tillman's Corner | $9,000.00 |
| | | | | $18,000.00 |
| Wednesday | 12/22/2010 | 11:35 AM | Tillman's Corner | $9,000.00 |
| Wednesday | 12/22/2010 | 11:35 AM | Tillman's Corner | $4,000.00 |
| | | | | $13,000.00 |
| Monday | 12/27/2010 | 1:24 PM | Tillman's Corner | $9,000.00 |
| Monday | 12/27/2010 | 1:24 PM | Tillman's Corner | $5,000.00 |
| Monday | 12/27/2010 | 1:25 PM | Tillman's Corner | $9,000.00 |
| Monday | 12/27/2010 | 1:26 PM | Tillman's Corner | $9,000.00 |
| | | | | $32,000.00 |
| Wednesday | 12/29/2010 | 11:06 AM | Tillman's Corner | $9,000.00 |
| Wednesday | 12/29/2010 | 11:06 AM | Tillman's Corner | $4,400.00 |
| | | | | $13,400.00 |
| Monday | 1/3/2011 | 2:50 PM | Tillman's Corner | $9,000.00 |
| Monday | 1/3/2011 | 2:50 PM | Tillman's Corner | $9,000.00 |
| Monday | 1/3/2011 | 2:51 PM | Tillman's Corner | $5,800.00 |
| | | | | $23,800.00 |
| Wednesday | 1/5/2011 | 11:34 AM | Tillman's Corner | $9,000.00 |
| Wednesday | 1/5/2011 | 11:34 AM | Tillman's Corner | $5,000.00 |
| | | | | $14,000.00 |

| | | | | |
|---|---|---|---|---|
| *Friday* | *1/7/2011* | *11:02 AM* | *Tillman's Corner* | *$9,000.00* |
| **Monday** | **1/10/2011** | **12:11 PM** | **Tillman's Corner** | **$9,000.00** |
| **Monday** | **1/10/2011** | **12:12 PM** | **Tillman's Corner** | **$9,000.00** |
| | | | | **$18,000.00** |
| **Thursday** | **1/13/2011** | **12:15 PM** | **Tillman's Corner** | **$9,000.00** |
| **Thursday** | **1/13/2011** | **12:15 PM** | **Tillman's Corner** | **$9,000.00** |
| **Thursday** | **1/13/2011** | **12:16 PM** | **Tillman's Corner** | **$4,600.00** |
| | | | | **$22,600.00** |
| *Friday* | *1/14/2011* | *12:14 PM* | *Tillman's Corner* | *$6,000.00* |
| **Tuesday** | **1/18/2011** | **12:32 PM** | **Tillman's Corner** | **$9,000.00** |
| **Tuesday** | **1/18/2011** | **12:33 PM** | **Tillman's Corner** | **$9,000.00** |
| **Tuesday** | **1/18/2011** | **12:34 PM** | **Tillman's Corner** | **$3,500.00** |
| | | | | **$21,500.00** |
| **Friday** | **1/21/2011** | **1:33 PM** | **Tillman's Corner** | **$9,000.00** |
| **Friday** | **1/21/2011** | **1:34 PM** | **Tillman's Corner** | **$9,000.00** |
| | | | | **$18,000.00** |
| **Monday** | **1/24/2011** | **1:53 PM** | **Tillman's Corner** | **$8,000.00** |
| **Monday** | **1/24/2011** | **1:54 PM** | **Tillman's Corner** | **$9,000.00** |
| | | | | **$17,000.00** |
| *Wednesday* | *1/26/2011* | *11:18 AM* | *Tillman's Corner* | *$9,000.00* |
| **Friday** | **1/28/2011** | **11:27 AM** | **Tillman's Corner** | **$9,000.00** |
| **Friday** | **1/28/2011** | **11:27 AM** | **Tillman's Corner** | **$5,000.00** |
| | | | | **$14,000.00** |
| **Monday** | **1/31/2011** | **11:27 AM** | **Tillman's Corner** | **$9,000.00** |
| **Monday** | **1/31/2011** | **11:28 AM** | **Tillman's Corner** | **$9,000.00** |
| | | | | **$18,000.00** |

| | | | | |
|---|---|---|---|---|
| Wednesday | 2/2/2011 | 11:23 AM | Tillman's Corner | $7,000.00 |
| Wednesday | 2/2/2011 | 11:24 AM | Tillman's Corner | $9,000.00 |
| | | | | $16,000.00 |
| *Friday* | *2/4/2011* | *12:50 PM* | *Tillman's Corner* | *$9,000.00* |
| Monday | 2/7/2011 | 12:48 PM | Tillman's Corner | $6,000.00 |
| Monday | 2/7/2011 | 12:49 PM | Tillman's Corner | $8,000.00 |
| | | | | $14,000.00 |
| Wednesday | 2/9/2011 | 1:15 PM | Tillman's Corner | $9,000.00 |
| Wednesday | 2/9/2011 | 1:17 PM | Tillman's Corner | $7,000.00 |
| | | | | $16,000.00 |
| Friday | 2/11/2011 | 12:07 PM | Tillman's Corner | $9,000.00 |
| Friday | 2/11/2011 | 12:08 PM | Tillman's Corner | $8,000.00 |
| | | | | $17,000.00 |
| Monday | 2/14/2011 | 12:04 PM | Tillman's Corner | $9,000.00 |
| Monday | 2/14/2011 | 12:05 PM | Tillman's Corner | $9,000.00 |
| | | | | $18,000.00 |
| Thursday | 2/17/2011 | 1:52 PM | Tillman's Corner | $9,000.00 |
| Thursday | 2/17/2011 | 1:54 PM | Tillman's Corner | $9,000.00 |
| Thursday | 2/17/2011 | 1:57 PM | Tillman's Corner | $9,000.00 |
| | | | | $27,000.00 |
| *Friday* | *2/18/2011* | *12:45 PM* | *Tillman's Corner* | *$7,000.00* |
| Tuesday | 2/22/2011 | 12:01 PM | Tillman's Corner | $9,000.00 |
| Tuesday | 2/22/2011 | 12:01 PM | Tillman's Corner | $9,000.00 |
| Tuesday | 2/22/2011 | 12:02 PM | Tillman's Corner | $7,000.00 |
| | | | | $25,000.00 |

| | | | | |
|---|---|---|---|---|
| **Thursday** | **2/24/2011** | **10:47 AM** | **Tillman's Corner** | **$5,000.00** |
| **Thursday** | **2/24/2011** | **10:48 AM** | **Tillman's Corner** | **$9,000.00** |
| | | | | **$14,000.00** |
| *Friday* | *2/25/2011* | *11:50 AM* | *Tillman's Corner* | *$6,000.00* |
| **Monday** | **2/28/2011** | **10:38 AM** | **Tillman's Corner** | **$9,000.00** |
| **Monay** | **2/28/2011** | **10:39 AM** | **Tillman's Corner** | **$9,000.00** |
| | | | | **$18,000.00** |
| **Wednesday** | **3/2/2011** | **10:51 AM** | **Tillman's Corner** | **$9,000.00** |
| **Wednesday** | **3/2/2011** | **10:52 AM** | **Tillman's Corner** | **$5,500.00** |
| | | | | **$14,500.00** |
| **Friday** | **3/4/2011** | **11:33 AM** | **Tillman's Corner** | **$7,000.00** |
| **Friday** | **3/4/2011** | **11:33 AM** | **Tillman's Corner** | **$9,000.00** |
| | | | | **$16,000.00** |
| **Monday** | **3/7/2011** | **12:01 PM** | **Tillman's Corner** | **$9,000.00** |
| **Monday** | **3/7/2011** | **12:02 PM** | **Tillman's Corner** | **$9,000.00** |
| | | | | **$18,000.00** |
| **Wednesday** | **3/9/2011** | **12:01 PM** | **Tillman's Corner** | **$9,000.00** |
| **Wednesday** | **3/9/2011** | **12:02 PM** | **Tillman's Corner** | **$6,000.00** |
| | | | | **$15,000.00** |
| **Friday** | **3/11/2011** | **11:37 AM** | **Tillman's Corner** | **$9,000.00** |
| **Friday** | **3/11/2011** | **11:37 AM** | **Tillman's Corner** | **$6,500.00** |
| | | | | **$15,500.00** |
| **Monday** | **3/14/2011** | **11:51 AM** | **Tillman's Corner** | **$9,000.00** |
| **Monday** | **3/14/2011** | **11:52 AM** | **Tillman's Corner** | **$9,000.00** |
| **Monday** | **3/14/2011** | **11:53 AM** | **Tillman's Corner** | **$3,500.00** |
| **Monday** | **3/14/2011** | **12:00 PM** | **Tillman's Corner** | **$11,000.00** |
| | | | | **$32,500.00** |

| Tuesday | 3/15/2011 | 10:39 AM | Tillman's Corner | $7,000.00 |
|---|---|---|---|---|
| Thursday | 3/17/2011 | 11:56 AM | Tillman's Corner | $9,000.00 |
| Thursday | 3/17/2011 | 11:57 AM | Tillman's Corner | $4,000.00 |
|  |  |  |  | $13,000.00 |
| Friday | 3/18/2011 | 10:45 AM | Tillman's Corner | $7,500.00 |
| Monday | 3/21/2011 | 11:52 AM | Tillman's Corner | $9,000.00 |
| Monday | 3/21/2011 | 11:53 AM | Tillman's Corner | $9,000.00 |
| Monday | 3/21/2011 | 11:54 AM | Tillman's Corner | $4,000.00 |
|  |  |  |  | $22,000.00 |
| Wednesday | 3/23/2011 | 10:16 AM | Tillman's Corner | $9,000.00 |
| Wednesday | 3/23/2011 | 10:22 AM | Tillman's Corner | $5,000.00 |
|  |  |  |  | $14,000.00 |
| Friday | 3/25/2011 | 11:33 AM | Tillman's Corner | $5,000.00 |
| Friday | 3/25/2011 | 11:34 AM | Tillman's Corner | $9,000.00 |
|  |  |  |  | $14,000.00 |
| Monday | 3/28/2011 | 12:44 PM | Grand Bay | $7,500.00 |
| Monday | 3/28/2011 | 12:45 PM | Grand Bay | $9,000.00 |
| Monday | 3/28/2011 | 12:47 PM | Grand Bay | $9,000.00 |
|  |  |  |  | $25,500.00 |
| Wednesday | 3/30/2011 | 12:13 PM | Tillman's Corner | $7,000.00 |
| Wednesday | 3/30/2011 | 12:14 PM | Tillman's Corner | $9,000.00 |
|  |  |  |  | $16,000.00 |
| Friday | 4/1/2011 | 11:12 AM | Tillman's Corner | $9,000.00 |
| Friday | 4/1/2011 | 11:13 AM | Tillman's Corner | $6,300.00 |
|  |  |  |  | $15,300.00 |

| | | | | |
|---|---|---|---|---|
| Monday | 4/4/2011 | 12:14 PM | Tillman's Corner | $9,000.00 |
| Monday | 4/4/2011 | 12:15 PM | Tillman's Corner | $9,000.00 |
| Monday | 4/4/2011 | 12:15 PM | Tillman's Corner | $9,000.00 |
| | | | | $27,000.00 |
| Wednesday | 4/6/2011 | 11:55 AM | Tillman's Corner | $9,000.00 |
| Wednesday | 4/6/2011 | 11:56 AM | Tillman's Corner | $4,000.00 |
| | | | | $13,000.00 |
| Friday | 4/8/2011 | 1:15 PM | Tillman's Corner | $9,000.00 |
| Friday | 4/8/2011 | 1:15 PM | Tillman's Corner | $8,000.00 |
| | | | | $17,000.00 |
| Monday | 4/11/2011 | 11:06 AM | Tillman's Corner | $9,000.00 |
| Monday | 4/11/2011 | 11:07 AM | Tillman's Corner | $9,000.00 |
| Monday | 4/11/2011 | 11:08 AM | Tillman's Corner | $7,400.00 |
| | | | | $25,400.00 |
| *Tuesday* | *4/12/2011* | *12:34 PM* | *Tillman's Corner* | *$8,000.00* |
| Thursday | 4/14/2011 | 11:10 AM | Tillman's Corner | $5,000.00 |
| Thursday | 4/14/2011 | 11:10 AM | Tillman's Corner | $9,000.00 |
| | | | | $14,000.00 |
| *Friday* | *4/15/2011* | *11:01 AM* | *Tillman's Corner* | *$9,000.00* |
| Monday | 4/18/2011 | 11:12 AM | Tillman's Corner | $9,000.00 |
| Monday | 4/18/2011 | 11:13 AM | Tillman's Corner | $9,000.00 |
| | | | | $18,000.00 |
| Wednesday | 4/20/2011 | 11:40 AM | Tillman's Corner | $9,000.00 |
| Wednesday | 4/20/2011 | 11:41 AM | Tillman's Corner | $9,000.00 |
| | | | | $18,000.00 |
| Friday | 4/22/2011 | 12:33 PM | Tillman's Corner | $5,000.00 |
| Friday | 4/22/2011 | 12:33 PM | Tillman's Corner | $9,000.00 |
| | | | | $14,000.00 |

| | | | | |
|---|---|---|---|---|
| Monday | 4/25/2011 | 12:44 PM | Tillman's Corner | $6,450.00 |
| Monday | 4/25/2011 | 12:45 PM | Tillman's Corner | $9,000.00 |
| Monday | 4/25/2011 | 12:46 PM | Tillman's Corner | $9,000.00 |
| | | | | $24,450.00 |
| Wednesday | 4/27/2011 | 12:21 PM | Tillman's Corner | $8,800.00 |
| Wednesday | 4/27/2011 | 12:22 PM | Tillman's Corner | $9,000.00 |
| | | | | $17,800.00 |
| Friday | 4/29/2011 | 12:48 PM | Tillman's Corner | $5,000.00 |
| Friday | 4/29/2011 | 12:49 PM | Tillman's Corner | $9,000.00 |
| | | | | $14,000.00 |
| Monday | 5/2/2011 | 11:31 AM | Tillman's Corner | $9,000.00 |
| Monday | 5/2/2011 | 11:33 AM | Tillman's Corner | $9,000.00 |
| Monday | 5/2/2011 | 11:34 AM | Tillman's Corner | $3,000.00 |
| | | | | $21,000.00 |
| Wednesday | 5/4/2011 | 2:43 PM | Tillman's Corner | $9,000.00 |
| Wednesday | 5/4/2011 | 2:45 PM | Tillman's Corner | $6,000.00 |
| | | | | $15,000.00 |
| Friday | 5/6/2011 | 12:35 PM | Tillman's Corner | $9,000.00 |
| Friday | 5/6/2011 | 12:37 PM | Tillman's Corner | $5,500.00 |
| | | | | $14,500.00 |
| Monday | 5/9/2011 | 11:38 AM | Tillman's Corner | $9,000.00 |
| Monday | 5/9/2011 | 11:39 AM | Tillman's Corner | $5,000.00 |
| Monday | 5/9/2011 | 11:44 AM | Tillman's Corner | $9,000.00 |
| | | | | $23,000.00 |
| Wednesday | 5/11/2011 | 11:08 AM | Tillman's Corner | $9,000.00 |
| Wednesday | 5/11/2011 | 11:09 AM | Tillman's Corner | $9,000.00 |
| | | | | $18,000.00 |

| | | | | |
|---|---|---|---|---|
| **Friday** | **5/13/2011** | **11:09 AM** | **Tillman's Corner** | **$5,000.00** |
| **Friday** | **5/13/2011** | **11:09 AM** | **Tillman's Corner** | **$9,000.00** |
| | | | | **$14,000.00** |
| **Monday** | **5/16/2011** | **11:32 AM** | **Tillman's Corner** | **$9,000.00** |
| **Monday** | **5/16/2011** | **11:33 AM** | **Tillman's Corner** | **$9,000.00** |
| **Monday** | **5/16/2011** | **11:33 AM** | **Tillman's Corner** | **$8,000.00** |
| | | | | **$26,000.00** |
| **Tuesday** | **5/17/2011** | **11:23 AM** | **Tillman's Corner** | **$9,000.00** |
| **Tuesday** | **5/17/2011** | **11:23 AM** | **Tillman's Corner** | **$9,000.00** |
| | | | | **$18,000.00** |
| **Friday** | **5/20/2011** | **11:04 AM** | **Tillman's Corner** | **$9,000.00** |
| **Friday** | **5/20/2011** | **11:05 AM** | **Tillman's Corner** | **$6,000.00** |
| | | | | **$15,000.00** |
| **Monday** | **5/23/2011** | **12:04 PM** | **Tillman's Corner** | **$6,000.00** |
| **Monday** | **5/23/2011** | **12:05 PM** | **Tillman's Corner** | **$9,000.00** |
| **Monday** | **5/23/2011** | **12:06 PM** | **Tillman's Corner** | **$9,000.00** |
| | | | | **$24,000.00** |
| *Tuesday* | *5/24/2011* | *10:26 AM* | *Tillman's Corner* | *$9,000.00* |
| **Total SAME DAY deposits** | | | | **$1,366,250.00** |

14.     Based on your declarant's training and experience, when individuals who routinely make multiple cash deposits of round numbered amounts over a short period of time, they often are breaking a larger amount of money into separate deposits of amounts less than $10,000.00 to avoid triggering the bank's filing of a CTR.  In short, when they do this, they are likely engaging in structuring for the purpose of evading the bank's reporting obligation.

15.    In addition to the amounts and timing of the deposits, there is additional

evidence supporting that the depositors had knowledge of the reporting requirement and

intended to evade it.  During approximately in the last year a Century Bank teller

provided Mr. Patel with a pamphlet explaining the bank's obligation to report cash

transactions in excess of $10,000, and that it is a crime to cause or attempt to cause a

financial institution to fail to file a CTR, or to structure.  Nevertheless, the structuring

continued.

   **WHEREFORE,** based on the foregoing premises the defendant currency has

become and is subject to forfeiture pursuant to 31 U.S.C. §5317(c)(2), which subjects to

civil forfeiture any property involved in a violation of  31 U.S.C. §5313, §5324(a)(1)

and/or (a)(3), or a conspiracy to commit such violations.

   **WHEREFORE**, the United States of America requests that the defendant be

forfeited and condemned to the United States of America; that the United States be

awarded its costs and disbursements in this action and that the United States be granted

such further relief as this Court deems proper and just.

                    Respectfully submitted,

                    KENYEN R. BROWN
                    UNITED STATES ATTORNEY

         By:    _____
                    Alex F. Lankford, IV (LANKA0026)
                    Assistant United States Attorney
                    63 S. Royal Street, Suite 600
                    Mobile, Alabama 36602
                    Telephone: (251) 441-5845
                    Facsimile: (251) 441-5051
                    E-mail: alex.lankford@usdoj.gov

## VERIFICATION

My name is Joseph J. Lea and I am employed by the United States Secret Service and have been so employed since approximately one year.  My responsibilities include the investigation of possible criminal violations of the Bank Secrecy Act (Title 31, United States Code), the Money Laundering Control Act (Title 18, Unites States Code), and related offenses.  During my assignment as a Special Agent, I have received extensive training from the USSS in conducting financial investigations.  I have also received training in money laundering and asset forfeiture.  I have performed complex financial investigations, and have participated in the execution of search and seizure warrants in the capacity of Affiant and/or participant.   Among other things, I am currently assigned to investigate structuring violations, more specifically, violations of 31 U.S.C. §§ 5313 and 5324. The sources of my knowledge and information and the grounds of my belief are my education, training and experience as a law enforcement agent, information supplied to me by other law enforcement officers, information supplied by confidential and cooperating individuals and other information I gathered in investigating this case.

I have read the foregoing Verified Complaint in Rem and know the contents thereof, and I hereby verify and declare under penalty of perjury that the matters contained in the Verified Complaint are true and correct to the best of my knowledge, information and belief.

Joseph J. Lea, Declarant, S/A, USSS

17

## CERTIFICATE OF SERVICE

On the 10th day of January, 2012, I certify that pursuant to Supp. R. For Adm. M. and Forf. Claims G(4)(b), I sent the attached Notice of Judicial Forfeiture Proceeding, a copy of the Complaint In Rem, and a copy of the Warrant For Arrest, via certified U.S. Mail, return receipt requested to the following:

Arthur J. Madden, III
Attorney for Vijaykuma Patel
465 Dauphin Street
Mobile, Alabama 36602

Vijaykuma Patel,
Maldi Ma, Inc.
8175 Hwy 90 West
Irvington, Alabama 36544

Maldi Ma, Inc.
8175 Hwy 90 West
Irvington, Alabama 36544

Respectfully submitted,

KENYEN R. BROWN
UNITED STATES ATTORNEY

By: _____
Alex F. Lankford, IV (LANKA0026)
Assistant United States Attorney
63 S. Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845
Facsimile: (251) 441-5051
E-mail: alex.lankford@usdoj.gov