THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| Plaintiff, | * |
| v. | *   CIVIL ACTION NO.:12-00011-CG-N |
| | * |
| $107,000.00, more or less, in U.S. Currency, | * |
| | * |
| Defendant. | * |

**WARRANT FOR ARREST OF $107,000.00, MORE OR LESS, IN U.S. CURRENCY**

**TO THE UNITED STATES SECRET SERVICE OF THE SOUTHERN DISTRICT OF ALABAMA AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:**

**WHEREAS**, a Verified Complaint for Forfeiture In Rem has been filed in this Court on January 10, 2012, alleging that the defendant in rem in the above-captioned action is subject to seizure and forfeiture to the United States pursuant to 31 U.S.C. §5317(c)(2), which subjects to civil forfeiture any property involved in a violation of 31 U.S.C. §5313 and §5324(a)(1) and/or (a)(3), or a conspiracy to commit such violations; and,

**WHEREAS**, the defendant is more particularly identified as $107,000.00, More or Less, in U.S. Currency; and,

**WHEREAS**, said defendant is alleged to be in the government's possession, custody or control in the Verified Complaint for Forfeiture In Rem; and,

**WHEREAS**, Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, effective December 1, 2006, requires that the Clerk of Court issue a warrant for arrest of such a defendant if it is in the government's possession, custody, or control.

**YOU ARE, THEREFORE, HEREBY COMMANDED** to as soon as practicable arrest and seize the defendant described herein and in the Verified Complaint for Forfeiture In Rem, to make prompt return thereof, and to use discretion and whatever means appropriate to protect and maintain said defendant.

Those receiving this warrant are notified that in order to defend against the civil forfeiture of the property, any person claiming an interest in, or right against, the property must file a claim in the court where the action is pending, pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  Any such claim must identify the specific property claimed, identify the claimant and state the claimant's interest in the property, be signed by *the claimant* under penalty of perjury, and be served on the government attorney handling the case. A claimant must file a claim no later than 35 days after the date the notice is sent or, as to those not sent direct notice, no later than 30 days after the date of final publication of the notice of civil forfeiture.  In addition, any person having filed such a claim must also file an answer or motion in response to the complaint no later than 21 days after the filing of the claim.

All claims, answers or motions must be filed with the Clerk, United States District Court, Southern District of Alabama, 113 St. Joseph Street, Mobile, Alabama 36602 with a copy thereof sent to Assistant United States Attorney, Alex F. Lankford, IV, 63 S. Royal Street, Suite 600, Mobile, Alabama 36602.

Dated: _____

                CHARLES R. DIARD, JR.
                CLERK OF COURT

By: _____
     Deputy Clerk