THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | *   CIVIL ACTION N0.: 12-00011-CG-N |
| $107,000.00, more or less, in U.S. Currency, | * |
| Defendant. | * |

### MALDI MA, Inc. VERIFIED STATEMENT OF CLAIM

On October 12, 2011 the Government seized approximately $107,000.00 from Century Bank Account # XXXX0581 owned by Maldi Ma, Inc. (hereinafter Maldi Ma). The company hereby claims the defendant property seized from its account. In support of this claim Maldi Ma, by and through its president Vijaykuma Patel states as follows:

1. Maldi Ma is a corporation organized under Alabama law. The company does business as Palmer's Quick Stop in Irvington, Alabama.

2. Maldi Ma is the sole beneficial owner of Century Bank Account # XXXX0581 and the funds in it, including those seized by the Government.

3. All of the money in Century Bank Account # XXXX0581, including the defendant property, was generated from sales and other activities in the ordinary course of the business of Maldi Ma, d/b/a Palmer's Quick Stop. The claimant denies any structuring or any illegality in the origin of or transactions involving the defendant property or other transactions involving Century Bank Account # XXXX0581.

4. Through this verified claim Maldi Ma claims all of the defendant property seized from its account, alleged to be $107,000.00, more or less, in U.S. Currency.

5. Vijaykuma Patel is the President of Maldi Ma and is authorized to make this claim to the defendant property on behalf of the corporation.

6. Pursuant to 28 U.S.C. § 1746 Vijaykuma Patel, whose name is signed to this claim as president of Maldi Ma, declares under penalty of perjury that the foregoing statements are true and correct.

Executed on this 12th day of January, 2012.

MALDI MA, INC.

_____
by: Vijaykuma Patel, its president.

STATE OF ALABAMA:
COUNTY OF MOBILE:

I, the undersigned notary public in and for said State and County do hereby certify that Vijaykuma Patel, president of Maldi Ma, Inc., whose name is signed to the foregoing claim and who is known to me, swore under oath and acknowledged before me on this day that that the statements in the claim are true and correct and are made under the pains and penalties of perjury. After review of the document he executed the same voluntarily on the day the same bears date.

Given under my hand and official seal on this the 12th day of January, 2012.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES: 3-1-14

/s/ Arthur J. Madden, III
Arthur J. Madden, III
MADDA0656
Attorney for Claimant
465 Dauphin Street
Mobile, Alabama 36602
(251) 432-0380
ajmadden@maddenandsoto.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2012 I electronically filed the foregoing claim with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record. In addition I mailed the verified claim to Mr. Lankford by United States mail, postage prepaid properly addressed as follows.

Alex F. Lankford, IV
Assistant United States Attorney
63 South Royal Street
Suite 600
Mobile, Alabama 36602

/s/   Arthur J. Madden, III
Arthur J. Madden