THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION N0.: 12-00011-CG-N |
| | * | |
| $107,000.00, more or less, in U.S. Currency, | * | |
| | * | |
| Defendant. | * | |

## DISCLOSURE STATEMENT

Pursuant to Local Rule 3.4 Maldi Ma, Inc., which has filed a claim to the defendant property, states that the corporation has not issued shares or debt securities to the public and that there are no parent companies, subsidiaries or affiliates.

/s/ Arthur J. Madden, III
Arthur J. Madden, III
MADDA0656
Attorney for Claimant
465 Dauphin Street
Mobile, Alabama 36602
(251) 432-0380
ajmadden@maddenandsoto.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2012 I electronically filed the foregoing claim with the Clerk of the Court using the CM/ECF system which will send notification of such filing as follows:

Alex F. Lankford, IV
Assistant United States Attorney
63 South Royal Street
Suite 600
Mobile, Alabama 36602

_/s/__ Arthur J. Madden,  III
Arthur J. Madden, III