THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| Plaintiff, | * |
| v. | *   CIVIL ACTION N0.: 12-00011-CG-N |
| | * |
| $107,000.00, more or less, in U.S. Currency, | * |
| | * |
| Defendant. | * |

**ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE IN REM**

NOW COMES Maldi Ma, Inc. (hereinafter Maldi Ma), claimant, and for its answer to the complaint for forfeiture in rem say as follows:

1. The averments in paragraph 1 are legal in nature and require no response. To the extent a response is required, the claimant denies the property in question, $$107,000.00 is subject to forfeiture.

2. Admitted.

3. Admitted.

4. The claimant is without information sufficient to form a belief as to the truth of this averment and it is therefore denied.

5. Admitted.

6 - 11. The allegations in paragraphs 6 through 11 are legal in nature and require no response, but to the extent a response is required, the claimant is without information sufficient to form a belief as to the truth of the averments and they are therefore denied.

12. Admitted.

13. The claimant admits that in connection with the ordinary course of business of Palmer's Quick Stop it made regular cash deposits in its Century Bank account ending in 0581. The claimant is without information as to the specific dates, times and amounts as alleged in this paragraph of the complaint. The claimant admits that many of the deposits were made by Vijaykuma Patel, but since other family members made deposits it is denied that "most" of the deposits were made by him.

14. The claimant is without information sufficient to form a belief as to the truth of this averment and it is therefore denied. The claimant specifically denies that it engaged in the structuring of deposits for the purpose of evading the bank's currency reporting obligations.

15. Denied.

### Affirmative Defense

The claimant committed no violation of 31 U.S.C. §5313, §5324(a)(l)or (a)(3), and did not attempt, or conspire to commit such violations. As such, the defendant property is not subject to civil forfeiture.

### Claim

Maldi Ma has filed wit the court a verified claim to the defendant property. The currency which is the subject of this in rem action should be returned to it.

### Demand for Jury Trial

Pursuant to Rule 38 of the Federal Rules of Civil Procedure Maldi Ma, the claimant, demands trial by jury of all issues so triable.

                                                                */s/* Arthur J. Madden, III
                                                                Arthur J. Madden, III
                                                                MADDA0656
                                                                Attorney for Claimant
                                                                465 Dauphin Street
                                                                Mobile, Alabama 36602
                                                                (251) 432-0380
                                                                ajmadden@maddenandsoto.com

## CERTIFICATE OF SERVICE

       I hereby certify that on January 12, 2012 I electronically filed the foregoing claim with the Clerk of the Court using the CM/ECF system which will send notification of such filing as follows:

Alex F. Lankford, IV
Assistant United States Attorney
63 South Royal Street
Suite 600
Mobile, Alabama 36602

                                                               _/s/__ Arthur J. Madden, III
                                                               Arthur J. Madden, III