THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION N0.: 12-00011-CG-N |
| | * | |
| $107,000.00, more or less, in U.S. Currency, | * | |
| | * | |
| Defendant. | * | |

**NOTICE OF ENDORSEMENT**

NOW COMES Maldi Ma, Inc., claimant, and give notice of its endorsement of the signature of Arthur J. Madden III appearing on the joint Rule 26(f) planning meeting report filed February 28, 2012.

                                                     */s/* Arthur J. Madden, III
                                                     Arthur J. Madden, III
                                                     MADDA0656
                                                     Attorney for Claimant
                                                     465 Dauphin Street
                                                     Mobile, Alabama 36602
                                                     (251) 432-0380
                                                     ajmadden@maddenandsoto.com

CERTIFICATE OF SERVICE

      I hereby certify that on March 1, 2012 I electronically filed the foregoing claim with the Clerk of the Court using the CM/ECF system which will send notification of such filing as follows:

Alex F. Lankford, IV
Assistant United States Attorney
63 South Royal Street
Suite 600
Mobile, Alabama 36602

                                                                                         _/s/__ Arthur J. Madden, III
                                                                                         Arthur J. Madden, III