THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO 12-0011-CG-N |
| | * | |
| $107,000.00, more or less, in U.S. Currency, | * | |
| | * | |
| | * | |
| Defendant.[1] | * | |

## JUDGMENT OF FORFEITURE

Pursuant to the Order entered this day, plaintiff's Motion for Order and Judgment of Forfeiture (Doc. 30) is **GRANTED** and **JUDGMENT** is hereby entered as follows:

1. The sum of $40,000.00 of the defendant $107,822.30 is forfeited to the United States for disposition according to law, pursuant to 31 U.S.C. § 5317(c)(2);

2. The sum of $67,822.30 of the defendant $107,822.30 is to be returned to claimant, by and through its attorney, Arthur J. Madden, III, Esquire.

3. Each party is to bear its own costs.

**DONE and ORDERED** this 12th day of October, 2012.

.                                             s/Kristi K. DuBose for Callie V.S. Granade
                                              CALLIE V.S. GRANADE
                                              UNITED STATES DISTRICT JUDGE

---

[1] The defendant currency was seized from Century Bank account xxxxxx0581, held by Maldi Ma, Inc., d/b/a Palmer's Quick Stop. The total amount seized was $107,822.30.